1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709

**FILED**

OCT - 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08-MJ-340 GGH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER UNSEALING COMPLAINT** |
| SOMACHY KEO, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that:

The complaint filed in the above-captioned matter be UNSEALED.

DATED: 10/9/08

_____
HON. KIMBERLY J. MUELLER
United States Magistrate Judge

1