**FILED**
October 14, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08-mj-340 GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Somachy Keo, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __Somachey Keo__ Case __2:08-mj-340 GGH__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __  __  Release on Personal Recognizance

     __  __  Bail Posted in the Sum of _____

     __X__  Unsecured bond in the amount of $25,000 cosigned by ~~Alicia~~ Elysa Chan

     __  __  Appearance Bond with 10% Deposit

     __  __  Appearance Bond secured by Real Property

     __  __  Corporate Surety Bail Bond

     __X__  (Other) Probation conditions/supervision; seek/maintain employment

Issued at __Sacramento, CA__ on __10/14/08__ at __2:55 p.m.__

By _/s/ Kimberly J. Mueller_
Kimberly J. Mueller,
United States Magistrate Judge